**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **EUSTORGIO MORENO POLANCO** § | | |
| **AND ELSA BEATRIZ POLANCO,** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:15-CV-00811** | |
| § | | |
| **STATE FARM LLOYDS AND** § | **JURY** | |
| **ANDRES GARCIA,** § | | |
| Defendants. § | | |
| § | | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notifies the Court as follows:

1) On January 25, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
Texas Bar No. 24037492
rmsigman@mostynlaw.com
J. Ryan Fowler
Texas Bar No. 24058357
ryan@mostynlaw.com
Sean C. Timmons
Texas Bar No. 24067908
sctimmons@mostynlaw.com
**MOSTYN LAW**
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 25th day of January, 2016, as follows:

*/s/ Rene M. Sigman*
Rene M. Sigman