** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EUSTORGIO POLANCO, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION No. 4:15-CV-811 |
| v. | § | |
| | § | JUDGE RON CLARK |
| STATE FARM LLOYDS, et al., | § | |
| | § | AFC |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is the parties' joint Stipulation of Dismissal With Prejudice. [DOC. # 21]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Stipulation of Dismissal [DOC. # 21] is GRANTED, this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

So **ORDERED** and **SIGNED** this **8**  day of **March, 2016.**

_____
Ron Clark, United States District Judge

1